JPML FORM 1A

DOCKET ENTRIES

JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

DOCKET NO. 523 -- In re Gulf Oil Corporation Tender Offer Litigation

| Date | Ref. | Pleading Description |
|---|---|---|
| 82/08/19 | 1 | MOTION, BRIEF, SCHEDULE OF ACTIONS, CERT. OF SVC. -- Pltfs. James Zerillo<br>SUGGESTED TRANSFEREE DISTRICT: N.D. Oklahoma<br>SUGGESTED TRANSFEREE JUDGE: (emh) |
| 82/08/19 | 2 | MOTION, BRIEF, SCHEDULE OF ACTIONS, & CERT. OF SVC. -- Gulf Oil Corp. (emh)<br>SUGGESTED TRANSFEREE DISTRICT: W.D. Pennsylvania or S.D. New York<br>SUGGESTED TRANSFEREE JUDGE: (emh) |
| 82/08/25 | | HEARING ORDER -- Setting motion for transfer of A-1 thru A-12 for Panel hearing in Oklahoma City, Oklahoma on Sept. 23, 1982 (ds) |
| 82/08/30 | | APPEARANCES: John N. McBaine, for Gulf Oil Corp.; Jules Brody for Irving Shapiro; Stephen D. Oestreich for Solomon Storch; Richard B. Dannenberg for Norman S. Nemser; Stephen P. Hoffman for Marvin Fischer (emh) |
| 82/08/30 | | APPEARANCE: Stuart D. Wechsler for James Zerillo (emh) |
| 82/09/02 | | APPEARANCE -- SAMUEL P. SPORN, ESQ. for Irving Kas (ds) |
| 82/09/03 | 3 | REQUEST TO POSTPONE HEARING -- Gulf Oil Corp. and Pltf. Solomon Storch -- w/svc. (emh) |
| 82/09/03 | | ORDER EXTENDING TIME FOR FILING RESPONSES (to October 15, 1982) AND VACATING SEPTEMBER 23, 1982 HEARING pursuant to 28 U.S.C. §1407. (emh) |
| 82/09/13 | 4 | AMENDED MOTION (to pldg. No. 2) -- to include A-12 thru A-17 for transfer -- Gulf Oil Corp. w/cert. of svc. Notified involved counsel (ds) |
| 82/09/21 | | APPEARANCE -- NEAL SCHWARZFELD, ESQ. for Kurt Lederer (ds) |
| 82/10/18 | 5 | REQUEST FOR EXTENSION OF TIME FOR CITIES SERVICE CO., ET AL. TO FILE RESPONSE -- Request made by Gulf Oil Corp. -- GRANTED TO ALL PARTIES TO AND INCLDING NOV. 8, 1982 (cds) |
| 82/11/08 | 6 | RESPONSE -- Cities Service Co., Harry C. Bader and Ann D. Friel -- w/Affidavits, Appendix A and cert. of serv. (cds |
| 82/11/10 | 7 | REQUEST FOR EXTENSION OF TIME -- plaintiff-intervenor, Benjamin Gettler -- DENIED (for he was not granted permission to intervene yet) (cds) |

JPML FORM 1A

DOCKET ENTRIES

JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

DOCKET NO. 523 -- p.2

| Date | Ref. | Pleading Description |
|---|---|---|
| 82/11/15 | 8 | REPLY MEMORANDUM -- Gulf Oil Corp. -- w/Schedule A, Affidavit of Charles A. Boyce, and cert. of serv. (cds) |
| 82/11/15 | 9 | RESPONSE -- Executive Committe of plaintiffs' counsel -- w/cert. of service (cds) |
| 82/11/15 | | HEARING ORDER: Setting motion of Gulf Oil Corp. (to S.D. N.Y.) for Panel Hearing on December 7, 1982 in Phoenix, Ariz. |
| 82/11/26 | 10 | RESPONSE -- Benjamin Gettler -- w/Exhibits A and B and cert. of service (cds) |
| 82/11/30 | | CORRECTION TO HEARING ORDER AMENDMENT filed on 11/15/82 -- Correcting the caption and civil action no. of A-3. (emh) |
| 82/12/02 | | HEARING APPEARANCES for 12/7/82 hearing in Phoenix, Ariz. -- John W. Castles, Esq. for Gulf Oil Corp; Stephen D. Oestreich, Esq. for pltfs. in New York Actions and Peter C. Hein, Esq. for pltfs. Cities Service Co., Bader and Friel. (eaf) |
| 82/12/02 | | WAIVERS OF ORAL ARGUMENT for 12/7/82 hearing in Phoenix, Ariz. -- Pltf. Fischer; pltf. Kinney; pltf. Lederer; pltfs. Herber & Hartz, et al. and pltf. Goldfein. (eaf) |
| ~~82/12/02~~ | ~~11~~ | ~~REQUEST FOR PERMISSION TO FILE SUPPLEMENTAL MEMORANDUM -- GRANTED. (emh)~~ --emh |
| 82/12/02 | 11 | REQUEST FOR PERMISSION TO FILE SUPPLEMENTAL MEMORANDUM -- Cities Service Co., Harry Bader & Ann Friel -- GRANTED (emh) |
| 82/12/02 | 12 | SUPPLEMENTAL MEMORANDUM -- Cities Service Co., Harry Bader and Ann D. Friel -- w/cert. of svc. (emh) |
| 83/06/03 | 13 | Letter re remand to state court of A-12 Cities Service Co. w/copy of Judge Ellison's opinion -- (letter dated 6/1/83 and signed by Peter C. Hein, Atty. for Cities Service(cds |
| 83/06/13 | 14 | Letter re further developments -- dated June 13, 1983 and s signed by David H. Marks for Gulf Oil Corp. (cds) |
| 83/06/14 | | ORDER DENYING TRANSFER -- Notified involved judges, clerks and counsel (cds) |

JPML Form 1

Revised: 8/78

DOCKET NO. 523 -- JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

CAPTION: IN RE GULF OIL CORPORATION TENDER OFFER LITIGATION

SUMMARY OF LITIGATION

| Hearing Dates | Orders | | | Transferee | | |
|---|---|---|---|---|---|---|
| | Dates Filed | Type | Citation | District | Name of Judge | Assigned From |
| | 6/14/83 | (MO) | Unpublished | | | |

Special Transferee Information

DATE CLOSED: 6/14/83

JPML FORM 1

LISTING OF INVOLVED ACTIONS

DOCKET NO. 523 -- IN RE GULF OIL CORPORATION TENDER OFFER LITIGATION

| Intra-Office Number | Caption | District and Judge | Civil Action Number | Transfer Date | Transferee Docket Number | Date of Dismissal or Remand | Misc. |
|---|---|---|---|---|---|---|---|
| A-1 | James Zerillo v. Gulf Oil Corp., et al. | ~~N.D.OK~~ ~~Brett~~ S.D.N.Y. Owen | 82-C-764-B 82 Civ. 6693 | ✓ | | | |
| A-2 | Irving Kas v. Gulf Oil Corp., et al. | ~~N.D.OK~~ ~~Brett~~ S.D.N.Y. Owen | ~~82-C-777-B~~ 82 Civ. 6761 | | | | |
| A-3 | Marvin Fischer v. Gulf Oil Corp., et al. | ~~N.D.OK~~ ~~Ellison~~ S.D.N.Y. Owen | 82-C-778-E 82 Civ. 6763 | ✓ | | | |
| A-4 | Henry Herbst v. Gulf Oil Corp. | S.D.N.Y. ~~Pollack~~ Owen | 82-C-5253 | | | | |
| A-5 | Norman S. Nemser v. Gulf Oil Corp., et al. | ~~W.D.PA~~ S.D.N.Y. Owen | 82-1633 82 Civ. 6382 | ✓ | | | 1404 |
| A-6 | Mortimor Tompkins v. Gulf Oil Corp., et al. | W.D.PA Owen | 82-1638 82-6381 | | | | 1404 |
| A-7 | Frederic L. Goldfine v. Gulf Oil Corp., et al. | W.D.PA Owen | 82-1668 82-6383 | ✓ | | | 1404 |
| A-8 | Solomon Storch v. Gulf Oil Corp., et al. | S.D.N.Y. Owen | 82-Civ-5330 | | | | |
| A-9 | James Zerillo v. Gulf Oil Corp., et al. | ~~N.D.Okla.~~ S.D.N.Y. ~~Ellison~~ Owen | 82-C-789-E 82 Civ. 6760 | ✓ | | | |

DOCKET NO. 523 -- In re Gulf Oil Corporation Tender Offer Litigation

| Intra-Office Number | Caption | District and Judge | Civil Action Number | Transfer Date | Transferee Docket No. | Date of Dismissal or Remand | Misc. |
|---|---|---|---|---|---|---|---|
| A-10 | Marvin Fischer v. Gulf Oil Corp., et al. | ~~N.D.Okla.~~ ~~Ellison~~ | ~~82-C-790-E~~ | | | | |
| A-11 | Irving Shapiro v. Gulf Oil Corp., et al. | W.D.Pa. ~~Mansmann~~ | ~~82-Civ-1700~~ 82-6419 | | | | |
| A-12 | Cities Service Co., et al. v. Gulf Oil Corp., et al. | N.D.Okla. Ellison | 82-C-809 | | | | |
| A-13 | Herbert Hartz, et al. v. Gulf Oil Corp., et al. | ~~N.D.Okla.~~ ~~Ellison~~ | 82-C-785-E | | | | |
| A-14 | Jerome Kenney, et al. v. Gulf Oil Corp., et al. | ~~N.D.Okla.~~ ~~Cook~~ | 82-C-793 | | | | |
| A-15 | Jerome E. Kenney, et al. v. Gulf Oil Corp., et al. | ~~N.D.Okla.~~ ~~Ellison~~ | 82-C-810-E | | | | |
| A-16 | Estate of Stephen E. Kelly v. Gulf Oil Corp., et al. | S.D.N.Y. Greisa | 82-Civ-5743 | | | | |
| A-17 | Kurt Lederer v. Gulf Oil Corp., et al. | S.D.N.Y. ~~Edelstein~~ | 82-Civ.5876 | | | | |

JPML Form 4

ATTORNEY SERVICE LIST
JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

DOCKET NO. 523 -- In re Gulf Oil Corporation Tender Offer Litigation

JAMES ZERILLO (A-1 & A-9
Stuart D. Wechsler, Esquire
Kass, Goodkind, Wechsler & Labaton
122 East 42nd Street
New York, New York 10168

IRVING KAS (A-2)
Samuel P. Sporn, Esquire
Schoengold & Sporn, P.C.
217 Broadway
New York, New York 10007

MARVIN FISCHER (A-3 & A-10
Stephen P. Hoffman, Esquire
Pomerantz Levy Haudek & Block
295 Madison Avenue
New York, New York 10017

No Appearance Received
HENRY HERBST (A-4
Irving Bizar, Esquire
Pincus, Ohrenstein, Bizar, D'Alessandro & Solomon
153 East 53rd Street
New York, New York 10022

NORMAN S. NEMSER (A-5)
Richard B. Dannenberg, Esquire
Lowey, Dannenberg & Knapp, P.C.
747 Third Avenue
New York, New York 10017

No Appearance Received
MORTIMER THOMPKINS (A-6)
Roslyn M. Litman, Esquire
Litman, Litman, Harris & Portnoy, P.A.
1701 Grant Building
Pittsburgh, Pennsylvania 15219

No Appearance Received
FREDERIC L. GOLDFEIN (A-7)
Sherrie R. Savett, Esquire
Berger & Montague, P.C.
1622 Locust Street
Philadelphia, Pennsylvania 19103

SOLOMON STORCH A-8
Stephen D. Oestrich, Esquire
Wolf Popper Ross Wolf & Jones
845 Third Avenue
New York, New York 10022

IRVING SHAPIRO A-11
Jules Brody, Esquire
Stull, Stull & Brody
6 East 45th Street
New York, New York 10017

GULF OIL CORPORATION
John W. Castles, III, Esquire
Lord, Day & Lord
25 Broadway
New York, New York 10004

JPML FORM 4A -- Continuation

Panel Attorney Service List -- p. ________

DOCKET NO. ______ -- ____________________

No Appearance Received
GOC ACQUISITION CORP.
JAMES E. LEE
EDWARD B. WALKER
EDWIN I. COLODNY
R. HAL DEAN
ROBERT DICKEY, III
JULIAN GOODMAN
J. PETER GORDON
HAROLD H. HAMMER
JAMES H. HIGGINS
JERRY MCAFEE
SISTER JANE SCULLY
EDWIN SINGER
J. H. WALTON

John W. Castles, III, Esquire
Lord, Day & Lord
(as previously listed)

CITIES SERVICE CO., ET AL. (A-12)

Peter C. Hein, Esq.
Wachtell, Lipton, Rosen & Katz
299 Park Avenue
New York, New York 10171

Wachtell, Lipton, Rosen & Katz
299 Park Avenue
New York, New York 10171

Charles V. Wheeler, Esquire
Vice President and General Counsel
Cities Service Company
Box 300
Tulsa, Oklahoma 74102

HERBERT HARTZ, ET AL. (A-13)
(No app. rec'd)

C. Jack Manner, Esquire
Suite A, 100 Center Plaza
Tulsa, Oklahoma 74119

JEROME KENNEY, ET AL. (A-14 & 15)
(No app. rec'd)

Jim H. Heslet, Esquire
800 Granston Building
111 West Fifth Street
Tulsa, Oklahoma 74103

(No App. rec'd)
ESTATE OF STEPHEN E. KELLY (A-16)

Robert N. Kaplan, Esquire
Kaplan, Kilsheimer & Foley
122 East 42nd Street
New York, New York 10168

KURT LEDERER (A-17)

Neal Schwarzfeld, Esquire
Schwarzfeld, Arnoff & Shore, P.C.
18 East 48th Street
New York, New York 10017

JPML FORM 4A -- Continuation

Panel Attorney Service List -- p. 2

DOCKET NO. 553 --

ROBERT CONTE (No app. rec'd)
Stephen Ross, Esquire
Box 4
Cross River, New York 10510

JERICHO, INC. (No app. rec'd)
Richard Holman, Esquire
Royal Leisure, Inc.
1095 Route 110
Farmingdale, New York 11735

OMNI VIDEO GAMES, INC.
FERNCREST DISTRIBUTORS, INC.
COMPETITIVE VIDEO, INC. (No app. rec'd)
Robert D. Wieck, Esquire
Adler, Pollack & Sheehan, Inc.
2300 Hospital Trust Tower
Providence, Rhode Island 02903

CHENS INTERNATIONAL, INC. (No app. rec'd)
Joseph J. Marchera, Esquire
221 Beach Street
Revere, Maine 02151

ALOHA PROPERTIES, INC.
d/b/a ALOHA LANES (No app. rec'd)
Ernest Yamane, Esquire
Suite 411
33 South King Street
Honolulu, Hawaii 96813

HAWAIIAN PACIFIC RESORT HOTELS, INC.
HILO HAWAIIAN HOTEL (No app. rec'd)
Robin R. Horner, Esquire
Fujiyama, Duffy and Fujiyama
2650 Pacific Trade Center
190 South King Street
Honolulu, Hawaii 96813

INNOVATIVE SPECIALISTS, INC. d/b/a
INNOVATIVE FASHIONS (No app. rec'd
Scott Nakagawa, Esquire
Suite 200
210 South Hotel Street
Honolulu, Hawaii 96813

KALAKAUA BOWLING CENTER, INC.
(No app. rec'd) )
Hiram Kamaka, Esquire
Suite 210
910 Ala Moana Boulevard
Honolulu, Hawaii 96814

SEARS ROEBUCK & CO. (No app. rec'd)
Richard Stifel, Esquire
Goodsill, Anderson and Quinn
1600 Castle and Cooke Building
130 Merchant Street
Honolulu, Hawaii 96813

WEST MAUI YOUTH CENTER (No app. rec'd)
Nelson Christensen, Esquire
Post Office Box 1088
Lahaina, Maui, Hawaii 96761

WILLIE'S FAMILY FUN CENTER (No app. rec'd)
Hayden Burgess, Esquire
85 - 794-D Farrington Highway
Waianae, Hawaii 96792

F.W. Woolworth Co. (No app. rec'd)
Ken Okamoto, Esquire
1800 PRI Tower
Grosvenor Center
733 Bishop Street
Honolulu, Hawaii 96831

DALE DRIKSCHNEIDER
HAROLD PETERSON d/b/a A-1 MACHINES

Harold D. Peterson
620 So. Saddle Creek
Omaha, Nebraska 68106

AMERICAN AMUSEMENT MACHINES EQUIPMENT
& SERVICE (No app. rec'd)
John E. Kelly, Esquire
Pastoriza & Kelly
606 Wilshire Boulevard
Suite 512
Santa Monica, California 90401

UNITED CALIFORNIA ENTERPRISES
(No app. rec'd)
Stephen F. Rhode, Esquire
1880 Century Park East
Suite 411
Los Angeles, California 90067

BILLY D. KEGLEY
JOHN C. CLARKE
ANGELO TYPOLDOS
JOLLY-MAR, INC.
DUCK'S DONUTS
HANSHAW'S JR. MARKET
(Continue on next page)

JPML FORM 3

p. ______

COMMON PARTY CHECKLIST -- JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

DOCKET NO. 523 -- In re Gulf Oil Corporation Tender Offer Litigation

| Name of Party | Named as Party in Following Actions |
|---|---|
| Gulf Oil Corporation | A-1,2,3,4,5,6,7,8,9,10,11,12, 13, 14, 15, 16, 17 |
| GOC Acquistion Corp. | A-1,2,3,5,6,7, 12, 13, 14, 15, 16, 17 |
| James E. Lee | A-1,2,3,7, 13, 14, 15, 17 |
| Edward B. Walker | A-1,2,3,7, 13, 14, 15, 17 |
| Edwin I. Colodny | A-7 |
| R. Hal Dean | A-7 |
| Robert Dickey, III | A-7 |
| Julian Goodman | A-7 |
| J. Peter Gordon | A-7 |
| Harold H. Hammer | A-7 |
| James H. Higgins | A-7 |

| | |
|---|---|
| Jerry McAfee | A-7 |
| Sister Jane Scully | A-7 |
| Edwin Singer | A-7 |
| J. H. Walton | A-7 |
| | |
| | |
| | |
| | |
| | |
| | |
| | |