DOCKET NO. 523

BEFORE THE JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

IN RE GULF OIL CORPORATION TENDER OFFER LITIGATION

ORDER DENYING TRANSFER*

Presently before the Panel is a motion, pursuant to 28 U.S.C. §1407, to transfer the action listed on the attached Schedule A, and pending at the time of the motion in the Northern District of Oklahoma, to the Southern District of New York for coordinated or consolidated pretrial proceedings with the actions pending in that district and listed on Schedule A. Because Judge James O. Ellison has entered an order, dated May 19, 1983, remanding the Northern District of Oklahoma action to Oklahoma state court,

IT IS ORDERED that the motion for transfer pursuant to 28 U.S.C. §1407 be, and the same hereby is, DENIED as moot.

FOR THE PANEL:

Andrew A. Caffrey
Chairman

---

* Judge Edward S. Northrop took no part in the decision of this matter.

SCHEDULE A

## MDL-523 -- In re Gulf Oil Corporation Tender Offer Litigation

### Northern District of Oklahoma

Cities Service Co., et al. v. Gulf Oil Corp.,
  C.A. No. 82-C-809

### Southern District of New York

James Zerillo v. Gulf Oil Corp., et al.,
  C.A. No. 82 Civ 6693
Irving Kas v. Gulf Oil Corp., et al.,
  C.A. No. 82 Civ 6761
Marvin Fischer v. Gulf Oil Corp., et al.,
  C.A. No. 82 Civ 6764
Henry Herbst v. Gulf Oil Corp.,
  C.A. No. 82 Civ 5253
Norman S. Nemser v. Gulf Oil Corp., et al.,
  C.A. No. 82 Civ 6344
Mortimor Tompkins v. Gulf Oil Corp., et al.,
  C.A. No. 82 Civ 6381
Frederic L. Goldfine v. Gulf Oil Corp., et al.,
  C.A. No. 82 Civ 6343
Solomon Storch v. Gulf Oil Corp., et al.,
  C.A. No. 82 Civ 5330
James Zerillo v. Gulf Oil Corp., et al.,
  C.A. No. 82 Civ 6760
Marvin Fischer v. Gulf Oil Corp., et al.,
  C.A. No. 82 Civ 6763
Irving Shapiro v. Gulf Oil Corp., et al.,
  C.A. No. 82 Civ 6419
Herbert Hartz, et al. v. Gulf Oil Corp., et al.,
  C.A. No. 82 Civ 6765
Jerome Kenney, et al. v. Gulf Oil Corp., et al.,
  C.A. No. 82 Civ 6759
Jerome E. Kenney, et al. v. Gulf Oil Corp., et al.,
  C.A. No. 82 Civ 6762
Estate of Stephen E. Kelly v. Gulf Oil Corp., et al.,
  C.A. No. 82 Civ 5743
Kurt Lederer v. Gulf Oil Corp., et al.,
  C.A. No. 82 Civ 5876